FLEET BANK OF CONNECTICUT *v.* ALLAN J.
BREED ET AL.
(10873)

E. Y. O'CONNELL, LANDAU and HEIMAN, Js.

Argued December 4—decision released December 29, 1992

*Richard P. Weinstein,* for the appellants (defendants).

*Anne R. Hoyt,* with whom, on the brief, was *Claudia M. Sklar,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

MYRNA LABOW *v.* RONALD LABOW
(10887)

DALY, HEIMAN and SCHALLER, Js.

Argued December 9, 1992—decision released January 5, 1993

*Myrna LaBow,* pro se, the appellant (plaintiff).

*Alexander H. Schwartz,* for the appellee (defendant Robert Rubin).

PER CURIAM. The judgment is affirmed.